**James Anthony MAY, Plaintiff—Appellant,**

**v.**

**Scott BRAIN; James R. Chellis; Jane Doe; Dr. Phillip Perkins, Defendants—Appellees.**

**James Anthony May, Plaintiff—Appellant,**

**v.**

**Dr. Nina Ward; Nurse G. Mullen, Defendants—Appellees.**

**Nos. 11–7563, 11–7564.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 3, 2012.

James Anthony May, Appellant Pro Se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony May seeks to appeal the district court's orders directing May to notify the district court how he intended to proceed in his two separately filed 42 U.S.C. § 1983 (2006) actions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders May seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We further deny May's motion for appointment of counsel in Appeal No. 11–7563. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*